FILED

2020 JAN 13 A 11: 49

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY: WC  DEPUTY

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 20MJ8151 |
|---|---|
| Plaintiff, | COMPLAINT FOR VIOLATION OF |
| v. | Title 8, U.S.C., Section 1325(a)(1) Attempted Illegal Entry (Misdemeanor) |
| Yang LI, | |
| Defendant. | |

The undersigned complainant being duly sworn states:

On or about January 10, 2020, within the Southern District of California, defendant, Yang LI, an alien, knowingly and intentionally attempted to enter the United States with the purpose, i.e., conscious desire, to enter the United States at a time and place other than as designated by immigration officers, and committed an over act, to wit, crossing the border from Mexico into the United States, that was a substantial step towards committing the offense, all in violation of Title 8, United States Code, Section 1325(a)(1); a misdemeanor.

And the complainant states this complaint is based on the attached Probable Cause Statement, which is incorporated herein by reference.

_____
FEDERICO ESPINOZA
BORDER PATROL AGENT

SWORN TO BEFORE ME AND SUBSCRIBED IN MY PRESENCE, THIS 13th DAY OF JANUARY 2020.

_____
HON. RUTH BERMUDEZ MONTENEGRO
U.S. MAGISTRATE JUDGE

UNITED STATES OF AMERICA

v.

Yang LI

PROBABLE CAUSE STATEMENT

I, Border Patrol Agent John Oritz, declare under penalty of perjury, the following is true and correct:

The complainant states this complaint is based upon the investigative report of Border Patrol Agent (BPA) T. Thompson that defendant, Yang LI (LI), attempted to enter the United States at a time and place other than as designated by Immigration Officers and was arrested on January 10, 2020, in Calexico, California.

On January 10, 2020, BPA R. Alfaro was performing his assigned line-watch duties approximately seven miles east of the Calexico, California West Port of Entry. This area consists mostly of agricultural fields, canals, and the Calexico, California East Port of Entry. Aliens frequently use this area to illegally enter the United States due to its remoteness and low presence of law enforcement.

At approximately 8:00 p.m., Remote Videos Surveillance System operators were alerted to, observed, and notified BPA's of an activation set off by three individuals traveling northbound from the IBF. BPA Alfaro responded to the area and located the three individuals, one later identified as LI, attempting to conceal themselves in some brush approximately .25 miles north of the IBF. BPA Alfaro identified himself as a United States Border Patrol Agent and questioned LI and the other individuals as to their citizenship. LI admitted being a citizen

3

of China who does not possess any immigration documentation to remain, reside, or work in the United States legally.

LI was placed under arrest and transported to the El Centro Border Patrol Station for further processing.

Record checks did not show AGUILAR has applied for and sought or received permission from the United States Attorney General or the Secretary of the Department of Homeland Security to enter the United States.

Executed on January 11, 2020 at 12:40 p.m.

John Ortiz
Border Patrol Agent

On the basis of the facts presented in the probable cause statement consisting of two pages, I find probable cause to believe that the defendant named in this probable cause statement committed the offense on January 10, 2020 in violation of Title 8, United States Code 1325.

Hon. Bernard G. Skomal
United States Magistrate Judge

1:05 PM, Jan 11, 2020
Date/Time

4